UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

JS-6

| | |
|---|---|
| **April E. Diggs**,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**Ocwen Loan Servicing, LLC et al.**,<br><br>　　　　　Defendants. | Case No. EDCV 17-01089 AG (KKx)<br><br>**JUDGMENT** |

The Court enters judgment for Defendants and against Plaintiff.

Dated September 11, 2017

_____
Hon. Andrew J. Guilford
United States District Judge